| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5<br>R.A. LEBRON, ESQ.<br>684SJA<br>bankruptcy@feinsuch.com | Order Filed on December 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DORKAS IRIS DELGADO-SHAFER aka DORCA IRIS SHAFER aka DORKAS IRIS DELGADO<br><br>  Debtor(s). | Case No.: 19-26191 -JNP<br><br>Chapter: 7<br><br>Hearing Date: November 26, 2019<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

Recommended Local Form    ☐ Followed    ☒ Modified

**ORDER VACATING THE AUTOMATIC STAY AND GRANTING PROSPECTIVE RELIEF/IN REM RELIEF AS MAY BE NECESSARY, TO REAL PROPERTY**

DATED: December 23, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The relief set forth

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5, under Bankruptcy Code section 362(d) for relief from the automatic stay providing for prospective/in-rem relief as to certain real property as hereinafter set forth, and for cause shown,

It is ORDERED that the automatic stay, if any, is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

3199 FEDERAL STREET, CAMDEN, NJ 08105.

It is further ORDERED that the Automatic Stay shall not apply to any future filings as to 3199 FEDERAL STREET, CAMDEN, NJ 08105.

It is further ORDERED that Automatic Stay shall not apply to any future filings by the Debtor, <u>DORKAS IRIS DELGADO-SHAFER aka DORCA IRIS SHAFER aka DORKAS IRIS DELGADO</u>, his successors, and/or assigns, as against movant, its successors, or assigns, to act as a bar on state court proceedings.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited

to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED this Order is immediately effective and its not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Dorkas Iris Delgado-Shafer  
    Debtor

Case No. 19-26191-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 26, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db        +Dorkas Iris Delgado-Shafer,   1109 Marne Highway,   Hainesport, NJ 08036-2669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
        Joseph Marchand   jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
        Kevin Gordon McDonald   on behalf of Creditor   Elkhorn Depositor LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        R. A. Lebron   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                            TOTAL: 4