UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

**Order Filed on January 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-26191/JNP

In Re:

Hearing date: January 7, 2020

Dorkas Iris Delgado-Shafer,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

This matter having come before the on Application by Joseph D. Marchand, Esquire, Attorney for Trustee and Trustee in the above captioned matter and Dorkas Iris Delgado-Shafer having filed a Cross-Motion and appearing as well and the Court having heard oral argument and for good cause shown;

**ORDERED THAT** the Debtor shall turnover any documents requested by the Trustee in previous correspondence by January 9, 2020 at 5 pm; and

**IT IS FURTHER ORDERED THAT** the Debtor shall contact the Trustee's office to establish the rescheduled date and time for the 341 Hearing; and

**IT IS FURTHER ORDERED THAT** should the Debtor not comply with the above stated matters that the Trustee shall submit a Certification substantiating same and a request for the Court to enter the Dismissal; and

**IT IS FUTHER ORDERED THAT** the Debtor's Cross Motion to have the Stay Re-imposed is denied without prejudice; and

**IT IS FURTHER ORDERED THAT** also regarding the Cross Motion that the Court shall seal any medical records supplied by the Debtor.