JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
117-119 West Broad Street, PO Box 298
Bridgeton, New Jersey - 08302
(856) 451-7600
Attorney for Trustee
JM5998

|  |  |
|---|---|
| In The Matter Of: } | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| } | Chapter 7 |
| Dorkas Iris Delgado-Shafer, } |  |
| } | Case No.  19-26191/JNP |
| Debtor(s). } |  |
|  | Motion Returnable: January 7, 2020 |

CERTIFICATE OF SERVICE:  PROOF OF FILING AND MAILING

**PROOF OF FILING:**  The undersigned, Chapter 7 Bankruptcy Trustee and Attorney for Trustee, does hereby certify that the original of the within Certificate of Service was electronically filed with the Clerk, United States Bankruptcy Court, U.S. Post Office and Court House, 401 Market Street, Camden, NJ 08101-2067.

Dated:  January 10, 2020          /s/ Joseph D. Marchand
                                  JOSEPH D. MARCHAND, ESQUIRE, TRUSTEE
                                  Attorney for Chapter 7 Trustee

**PROOF OF MAILING:**   On **January 10, 2020,** the undersigned Secretary to Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee for the debtor(s) herein, does certify that a copy of the Order Regarding Trustee's Motion to Dismiss executed by Judge Poslusny on January 8, 2020, was served on All Parties to Motion previously served listed herein:

    See mailing matrix:

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 10, 2020          /s/ Mandy M. Hopf
                                 Mandy M. Hopf
                                 Secretary to Joseph D. Marchand, Esquire

1

ECF: Office of U.S. Trustee

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

Kevin G. McDonald, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

Dorkas Iris Delgado-Shafer
1109 Marne Highway
Hainesport, NJ 08036

Select Portfolio Svcs
3217 Decker Lake Drive
Salt Lake City, UT 84119

Dept of Finance
Bureau of Revenue Collections
520 Market Street, R117
Camden, NJ 08101

Mr. Cooper Mtg
8950 Cypress Waters Blvd.
Coppell, TX 75019