UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No.  19-26191/JNP

In Re:

Hearing date:  January 7, 2020

Dorkas Iris Delgado-Shafer,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

## ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

This matter having come before the on Application by Joseph D. Marchand, Esquire, Attorney for Trustee and Trustee in the above captioned matter and Dorkas Iris Delgado-Shafer having filed a Cross-Motion and appearing as well and the Court having heard oral argument and for good cause shown;

**ORDERED THAT** the Debtor shall turnover any documents requested by the Trustee in previous correspondence by January 9, 2020 at 5 pm; and

**IT IS FURTHER ORDERED THAT** the Debtor shall contact the Trustee's office to establish the rescheduled date and time for the 341 Hearing; and

**IT IS FURTHER ORDERED THAT** should the Debtor not comply with the above stated matters that the Trustee shall submit a Certification substantiating same and a request for the Court to enter the Dismissal; and

**IT IS FUTHER ORDERED THAT** the Debtor's Cross Motion to have the Stay Re-imposed is denied without prejudice; and

**IT IS FURTHER ORDERED THAT** also regarding the Cross Motion that the Court shall seal any medical records supplied by the Debtor.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-26191-JNP
Dorkas Iris Delgado-Shafer                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 1              Date Rcvd: Jan 09, 2020
                               Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +Dorkas Iris Delgado-Shafer,    1109 Marne Highway,    Hainesport, NJ 08036-2669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Elkhorn Depositor LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY
               ABS CAPITAL I INC. TRUST 2007-HE5, MORTGAGE PA bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4