Certificate Number: 01401-NJ-DE-033982666

Bankruptcy Case Number: 19-26191



01401-NJ-DE-033982666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2020, at 6:53 o'clock PM EST, Dorca I Shafer completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 21, 2020

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager