# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Dorkas Iris Delgado-Shafer<br>a/k/a Dorca Iris Shafer,<br>a/k/a Dorkas Iris Delgado,<br><br>Debtor. | Case No.: 19-26191(JNP)<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, Robert D. Bailey, Esq., hereby certify as follows:

1. I am an attorney-at-law admitted to practice before this Court, and an Associate of the law firm of Parker Ibrahim & Berg LLP, counsel for Secured Creditor Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007-HE5 (the "Trust"), and its servicer and attorney-in-fact, Select Portfolio Servicing, Inc. ("SPS").

2. On May 26, 2020, I caused to be served, a copy of the Order Denying Motion or Application for the Entry of an Order, signed by the Honorable Jerrold N. Poslusny, Jr. on May 20, 2020, and this Certificate of Service, as follows:

> VIA CM/ECF & FEDEX
> Dorkas Iris Delgado-Shafer
> 1109 Marne Highway
> Hainesport, New Jersey 08036
> *Pro se Debtor*
>
> U.S. Trustee
> U.S. Department of Justice
> Office of the U.S. Trustee
> One Newark Center, Suite 2100
> Newark, New Jersey 07102

Joseph Marchand, Esq.
117-119 West Broad St.
PO Box 298
Bridgeton, New Jersey 08302
*Bankruptcy Trustee*

3.  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Date:  May 26, 2020                                **PARKER IBRAHIM & BERG LLP**

*/s/ Robert D. Bailey*
Robert D. Bailey, Esq.
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Tel: (908) 725-9700
Fax: (908) 333-6230